WENDY J. OLSON, IDAHO BAR NO. 7634
UNITED STATES ATTORNEY
JAMES M. PETERS, WASHINGTON BAR NO. 7295
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-9903
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JERRY LEVIS BANKS, SR., ) | |
| ) | |
| Petitioner, ) | Cv. No. 1:10-CV-00183-BLW |
| ) | |
| vs. ) | Response to Petitioner's Request for |
| ) | Certificate of Appealability |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

    Petitioner Jerry L. Banks, Sr., filed a notice of appeal and petition for certificate of appealability, and a memorandum in support of his claim following this court's denial of his petition under 28 U.S.C. § 2255. Because Banks challenges the final order in a § 2255 proceeding, a certificate of appealability is required before an appeal may be taken. *See* 28 U.S.C. § 2253(c).

    To secure a certificate of appealability following denial of a petition under 28 U.S.C. § 2255, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's

1

assessment of the constitutional claims debatable or wrong." *Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003); *Hayward v. Marshall*, 603 F.3d 546, 554 (9th Cir. 2010). The purpose of a certificate of appealability is to "screen out of the federal appellate courts claims that are not even debatable among reasonable judges, which is to say, frivolous claims." *Id.*

Applying this standard to Banks' application, his petition must fail. The district court's rejection of his § 2255 petition was well reasoned, and Banks has failed to present any evidence or argument to the contrary. In short, Banks has not "made a substantial showing of the denial of a constitutional right," *see* 28 U.S.C. § 2253(c)(2), in the sense that he has shown that his claim is debatable among reasonable jurists. Consequently, the court should deny his request for a certificate of appealability.

Respectfully submitted this 27th day of August 2010.

          WENDY J. OLSON
          UNITED STATES ATTORNEY
          By:

          /s/ James M. Peters

          JAMES M. PETERS
          Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2010, the foregoing **Response to Petitioner's Request Certificate of Appealability** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

And, I hereby certify that the following listed non-registered CM/ECF participants were served by:

☒ United States Mail, postage prepaid
☐ Hand-delivery
☐ Facsimile transmission (fax)

Jerry Levis Banks, Sr.
#99023198
U.S. Penitentiary
POB 24550
Tucson, AZ 85734

*Katherine J. Cotton*
Katherine J. Cotton
Legal Assistant